Regina Bardelli, as Administratrix, etc., Respondent, v. Pittsburgh Contracting Company, Appellant.— Motions denied, without costs.  Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

C. Ludwig Baumann & Company, Brooklyn, Plaintiff, v. Amelia Baumann and Others, Defendants.— Motion to vacate stay denied, without costs.  Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ.

C. Ludwig Baumann & Company, Brooklyn, Respondent, v. Amelia Baumann and Others, Appellants.— Motion to dismiss appeal denied, on condition that appellants perfect the appeal, place the case on the November calendar, and be ready for argument when reached, without prejudice to such application as may be necessary in case of the continued absence of Mr. Justice Scudder; otherwise, motion granted, with ten dollars costs.  Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Luigi Cuoco and Mariangela Cuoco, Respondents, v. Classon Building Company and James C. Danzilo, Appellants.— Motion to dismiss appeal denied, upon condition that the appellants perfect the appeal, place the case on the November calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Fidalma Del Genovese, as Administratrix, etc., Appellant, v. Alfredo Del Genovese, Respondent.— Motion denied and stay vacated, with ten dollars costs.  Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Herbert H. Gibbs, Respondent, v. Knickerbocker Savings and Loan Company, Appellant.— Motion denied, on condition that the appellant perfect the appeal, place the case on the November calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

William H. Hastrich, Individually and as Executor, etc., Appellant, v. Paul M. Pilcher and Others, Respondents.— Motion denied, without costs.  Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of the Petition of George F. Swift and Another, Plaintiffs, v. New York and Stamford Railway Company and Another, Defendants. — Motion to dismiss appeal from the interlocutory judgment appointing commissioners granted, without costs; such dismissal, however, to be without prejudice to the right of review by appeal from the final order upon the report of the commissioners under section 3375 of the Code of Civil Procedure.  Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.